USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___2/5/2026___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA *ex rel.* VERITY
INVESTIGATIONS, LLC,

                             Plaintiff/Relator,

      -against-

ALICE + OLIVIA, LLC,

                          Defendant.

UNITED STATES OF AMERICA,

                          Plaintiff-Intervenor,

      -against-

ALICE + OLIVIA, LLC,

                          Defendant.

24 Civ. 5038 (AT)

**UNSEALING ORDER**

WHEREAS, by notice dated January 24, 2026, and pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States of America (the "Government") intervened in the above-captioned qui tam action with respect to the claims asserted against defendant Alice + Olivia, LLC ("Alice + Olivia").

IT IS HEREBY ORDERED that:

1.     The seal shall be lifted as to this Order and any matter occurring in this action on or subsequent to the date of this Order.

2.     All documents submitted in this action before the date of this Order shall remain

under seal and shall not be made public, except to the extent the seal was partially lifted pursuant to the Court's prior Order dated September 17, 2025, and except as provided for in Paragraph 3 below.

3.      The seal shall be lifted as to the Government's Notice of Election to Intervene; the Government's Complaint-In-Intervention; the Stipulation and Order of Settlement and Dismissal entered into by the Government, the relator, and Alice + Olivia; the Stipulation and Order of Settlement and Release Between the United States and Relator; and the relator's Complaint.

Dated:  February 5, 2026
        New York, New York

                        SO ORDERED:

                        _____
                        HONORABLE ANALISA TORRES
                        UNITED STATES DISTRICT JUDGE

2